UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO D. CHORAK,

            Plaintiff,

    v.

HARTFORD CASUALTY INSURANCE COMPANY,

            Defendant.

CASE NO. 2:20-cv-00627-RSM-JRC

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER

This matter is before the Court on referral from the District Court. *See* Dkt. 7. The parties have filed a stipulated motion to extend the time for defendant to respond to the complaint. *See* Dkt. 12. The Court finds good cause to grant the stipulated motion and extends the deadline for defendant to respond to plaintiff's complaint by 30 days, until July 13, 2020.

Dated this 2nd day of June, 2020.

J. Richard Creatura
United States Magistrate Judge