UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIO D. CHORAK,<br><br>            Plaintiff,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 2:20-cv-00627-RSM-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

    This matter is before the Court on referral from the District Court and on the parties' stipulated motion to stay this matter pending the Judicial Panel on Multidistrict Litigation's ("JPML") consideration of their request for transfer of this matter. *See* Dkt. 14.

    Having considered the matter, the Court finds good cause to grant the stay. The Court orders that this case is stayed, including all deadlines pursuant to the Federal Rules of Civil Procedure and this Court's local rules and orders, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will

ORDER GRANTING STIPULATED MOTION TO
STAY - 1

automatically terminate seven (7) days after the JPML's decision denying consolidation, and defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to plaintiff's Complaint.

Dated this 9th day of June, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge