1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO D. CHORAK,

               Plaintiff,

    v.

HARTFORD CASUALTY INSURANCE COMPANY,

               Defendant.

CASE NO. 2:20-cv-00627-RSM-JRC

ORDER GRANTING SECOND STIPULATED MOTION TO STAY

     This matter is before the Court on referral from the District Court and on the parties' stipulated motion to stay this case pending the Judicial Panel on Multidistrict Litigation's ("JPML") consideration of whether to transfer this case for consolidation. *See* Dkt. 16. The Court previously granted the parties' stipulated motion to stay while the JPML considered whether to grant "industry-wide" consolidation. *See* Dkts. 14, 16. Now, the parties inform the Court that the JPML has denied the request for "industry-wide" consolidation but is considering whether to consolidate matters brought against Hartford entities. *See* Dkt. 16, at 2.

1 | Having considered the matter, the Court finds good cause to continue the stay. The Court
2 | orders that this case remains stayed, including all deadlines pursuant to the Federal Rules of Civil
3 | Procedure and this Court's local rules and orders, all discovery, and the deadline to answer the
4 | complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in
5 | MDL No. 2963 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event
6 | that the JPML denies consolidation, the stay will automatically terminate 14 days after the
7 | JPML's decision denying consolidation, and defendant shall have 28 additional days from the
8 | termination of the stay to answer, move, or otherwise plead in response to plaintiff's Complaint.
9 | Dated this 8th day of September, 2020.

J. Richard Creatura
United States Magistrate Judge